*In re* REINALDO RAMOS VALENTÍN.

*Número:* TS-4658          *Resuelto:* 3 de diciembre de 2004

*Roberto J. Sánchez Ramos*, procurador general; *José M. Montalvo Trías*, director ejecutivo Colegio de Abogados; *Reinaldo Ramos Valentín*, abogado querellado, *pro se.*

## RESOLUCIÓN

Examinadas la Moción en Cumplimiento de Resolución del Procurador General de Puerto Rico, así como la Moción en Contestación a Resolución, presentada por el Colegio de Abogados de Puerto Rico, se reinstala al Lcdo. Reinaldo Ramos Valentín al ejercicio de la abogacía. Se le concede un término de quince días a la Directora de la Oficina de Inspección de Notarías para que se exprese en torno a la reinstalación del licenciado Ramos Valentín al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Subsecretaria del Tribunal Supremo.

(*Fdo.*) María I. Colón Falcón
*Subscretaria del Tribunal Supremo*